IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULSON MERDELUS,

     Petitioner,

v.

                                    Case No. 1:26-cv-01438-MIS-JHR

MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
TODD M. LYONS; Acting Director of
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security; and
WARDEN, Torrance County Detention
Center,

     Respondents.

**ORDER TO SHOW CAUSE AND ENJOINING TRANSFER**

This matter is before the Court on the Verified Petition for Writ of Habeas ("Petition"), filed by Julson Merdelus on May 6, 2026. ECF No. 1. Petitioner is an immigration detainee at the Torrance County Detention Center. Id. ¶ 16. Petitioner is a citizen of Haiti who entered the United States in October 2024 under the CBP One program with a parole termination date of April 26, 2026. Id. ¶¶ 1, 3, 7. Petitioner has not been otherwise informed of his parole being terminated. Id. ¶ 8. Petitioner has a pending asylum claim and complied with all immigration proceedings requirements prior to his detention. See id. ¶ 4. Petitioner does not have a criminal record. Id. ¶ 9. Petitioner was detained in Minnesota prior to the scheduled termination of his parole and has remained in custody since. See id. ¶¶ 5, 7.

Petitioner seeks a declaration that his detention violates his Fifth Amendment rights. Id. at 7. As a remedy Petitioner seeks an order for immediate release. Id. Petitioner also asks the Court

the issue an order to show cause and an order enjoining transfer during proceedings. Id.

Having reviewed the record, the Petition may raise a colorable claim for relief. The Clerk's Office served Respondents with the Petition and added them as notice-recipients via CM/ECF, pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241, Case 1:26-mc-00004, ECF No. 2 (D.N.M. Jan. 28, 2026). ECF No. 2.

Within ten (10) business days of entry of this Order, the United States Attorney's Office ("USAO") shall respond to the Petition and show cause why the requested relief should not be granted. The USAO's answer MUST specify whether the Court has already ruled on the legal issue(s) in this case and, if so, whether the facts are distinguishable from prior rulings. See, e.g., Lopez-Romero v. Lyons, Case No. 2:25-cv-0113-MIS-JHR, 2026 WL 92873 (D.N.M. Jan. 13, 2026) (finding that 8 U.S.C. § 1226(a) governed the petitioner's detention and that his continued detention violated his Fifth Amendment due process rights). **If the federal Respondents fail to timely comply with this Order, the Court may grant the relief requested in the Petition without further notice.**

If Petitioner wishes to file a reply brief, he may do so within **ten (10) days** after Respondents' response is filed.

**IT IS FURTHER ORDERED** that to preserve the status quo in the interim, Respondents are **ENJOINED** from transferring Petitioner to any facility outside the District of New Mexico and/or from removing him from the United States during the pendency of this habeas action, absent a final order of removal.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2