## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JULSON MERDELUS,

     Petitioner,

v.

                             Case No. 1:26-cv-01438-MIS-JHR

MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
TODD M. LYONS; Acting Director of
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security; and
WARDEN, Torrance County Detention
Center,

     Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Respondents Mary De Anda-Ybarra, Todd Lyons, Markwayne Mullin,

and Warden, Torrance County Detention Center, and against Petitioner Julson Merdelus.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE